## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENIER ACOSTA-COURET,<br><br>Defendant. | **INDICTMENT**<br>CRIMINAL NO. 11-_141_ (_ADC_)<br><br>**VIOLATIONS:**<br>18 U.S.C. §§ 922(g)(1) & 1715<br>**PENALTIES:**<br>18 U.S.C. §§ 924(a)(2) & 1715<br>**FORFEITURE:**<br>18 U.S.C. § 924(d)(1)<br>28 U.S.C. § 2461(c)<br>(TWO COUNTS & FORFEITURE) |

**THE GRAND JURY CHARGES:**

### COUNT ONE

From in or about the month of November, 2010, up to, and including, March 25, 2011, in Yauco, in the District of Puerto Rico, and within the jurisdiction of this Court,

**RENIER ACOSTA-COURET,**

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, one (1) firearm, as that term is defined in Title 18, United States Code, Section 921(a)(3), that is, one (1) Springfield Armory pistol, model XD-40, .40 caliber, bearing serial number US186471, said firearm having been shipped and transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Section 922(g)(1); and penalties provided in Title 18, United States Code, Section 924(a)(2).

## COUNT TWO

From in or about the month of November, 2010, up to, and including, March 25, 2011, in Yauco, in the District of Puerto Rico, and within the jurisdiction of this Court,

## RENIER ACOSTA-COURET,

the defendant herein, did knowingly cause to be delivered by mail according to the direction thereon, and at any place to which it is directed to be delivered by the person to whom it is addressed, a pistol and firearm declared nonmailable by Title 18, United States Code, Section 1715, that is, one (1) Springfield Armory pistol, model XD-40, .40 mm caliber, bearing serial number US186471, capable of being concealed on the person. All in violation of Title 18, United States Code, Section 1715.

**FIREARMS FORFEITURE ALLEGATION "A"**
(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count One of this Indictment,

**RENIER ACOSTA-COURET,**

the defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: (a) one (1) Springfield Armory pistol, model XD-40, .40 mm caliber, bearing serial number US186471; (b) two (2) magazines; and (c) nine (9) rounds of ammunition. All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

## FIREARMS FORFEITURE ALLEGATION "B"
(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1.      The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense in violation of Title 18, United States Code, Section 1715 set forth in Count Two of this Indictment,

### RENIER ACOSTA-COURET,

the defendant herein, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved or used in the knowing commission of the offense, including, but not limited to: (a) one (1) Springfield Armory pistol, model XD-40, .40 mm caliber, bearing serial number US186471; (b) two (2) magazines; and (c) nine (9) rounds of ammunition. All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

TRUE BILL

FOREPERSON
Date: 4/20/11

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

José A. Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

Warren Vázquez
Assistant United States Attorney
Chief, Violent Crimes Unit

Idalia Mestey-Borges
Assistant United States Attorney